IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| LAURA RABAGO, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. G-05-151 |
| § | |
| THE UNIVERSITY OF TEXAS § | |
| MEDICAL BRANCH AT GALVESTON § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

Pursuant to the Court's Order Granting Defendant'S Motion to Dismiss, all claims brought by Plaintiff against Defendant are hereby **DISMISSED WITH PREJUDICE**. All relief not herein provided is expressly **DENIED**. All Parties are **ORDERED** to bear their own costs and attorneys' fees incurred herein to date. **THIS IS A FINAL JUDGMENT**.

**IT IS SO ORDERED**.

**DONE** this 15th day of November, 2005, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge